JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES N. BELSSNER, | Case No. ED CV 20-631-FMO (PJW) |
| Plaintiff, | JUDGMENT |
| v. | |
| CIRCLE DENTAL, ET AL., | |
| Defendants. | |

Pursuant to the Order Dismissing Action for Failure to Prosecute,

JUDGMENT IS HEREBY entered dismissing the action without prejudice.

DATED: May 21, 2020

                                                    /s/
FERNANDO M. OLGUIN
UNITED STATES DISTRICT JUDGE

C:\Users\ericavalencia\AppData\Local\Microsoft\Windows\INetCache\Content.Outlook\0MSETIRA\Judgment.wpd